E-FILED
Monday, 19 April, 2021 12:56:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 19-20036 |
| ) | |
| **WILLIAM SPRUIELL,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

On April 1, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 57). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-2 of the Superseding Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for September 13, 2021, at 10:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 19th day of April, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge